B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   AmMed Surgical Equipment, LLC                           Case No. _____
                         Debtor(s)                               Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Steri SC, LLC<br>10580 Wilshire Blvd.<br>Los Angeles, CA 90024 | Steri SC, LLC<br>10580 Wilshire Blvd.<br>Los Angeles, CA 90024 | | | 1,000,000.00 |
| Douglas Kolesar<br>15919 Manor Club Drive<br>Alpharetta, GA 30004 | Douglas Kolesar<br>15919 Manor Club Drive<br>Alpharetta, GA 30004 | | | 110,000.00 |
| Scott Gargasz<br>903 Clezrcreek Drive<br>Tampa, FL 33613 | Scott Gargasz<br>903 Clezrcreek Drive<br>Tampa, FL 33613 | | | 105,000.00 |
| Charles Bradley<br>13713 Sanford Hill Drive<br>Riverview, FL 33579 | Charles Bradley<br>13713 Sanford Hill Drive<br>Riverview, FL 33579 | | | 105,000.00 |
| MaryEllen Keenan<br>16 Daily Street<br>Nutley, NJ 07710 | MaryEllen Keenan<br>16 Daily Street<br>Nutley, NJ 07710 | | Disputed | 100,000.00 |
| David Travis<br>1100 Pivellas Bayway S., Unit G-2<br>St. Petersburg, FL 33715 | David Travis<br>1100 Pivellas Bayway S., Unit G-2<br>St. Petersburg, FL 33715 | | | 90,000.00 |
| Joe Savoy<br>6909 Grand Blvd<br>Houston, TX 77054 | Joe Savoy<br>6909 Grand Blvd<br>Houston, TX 77054 | | | 75,000.00 |
| Arthur M. & Natalie P. Bennettson<br>192 Washington Parkway<br>Stratford, CT 06615 | Arthur M. & Natalie P. Bennettson<br>192 Washington Parkway<br>Stratford, CT 06615 | | | 70,000.00 |
| Rick Balch<br>15781 O'Dell Rd.<br>Copenhagen,, NY 13626 | Rick Balch<br>15781 O'Dell Rd.<br>Copenhagen,, NY 13626 | | | 70,000.00 |
| Kenneth & Cynthia Gleason<br>30104 NYS Route 3<br>Black River, NY 13612 | Kenneth & Cynthia Gleason<br>30104 NYS Route 3<br>Black River, NY 13612 | | | 60,301.06 |
| John Savage II<br>30 Elderkin st<br>Potsdam, NY 13676 | John Savage II<br>30 Elderkin st<br>Potsdam, NY 13676 | | | 60,000.00 |
| Dragos Macelaru & Luminita Iorgu<br>11668 State Rt 30<br>Malone, NY 12953 | Dragos Macelaru & Luminita Iorgu<br>11668 State Rt 30<br>Malone, NY 12953 | | | 60,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   AmMed Surgical Equipment, LLC                     Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kevin Harreld<br>4112 Hunting Creek Drive<br>Owensboro, KY 42303 | Kevin Harreld<br>4112 Hunting Creek Drive<br>Owensboro, KY 42303 | | | 60,000.00 |
| Arthur L. Harreld<br>535 Sanctuary Drive Unit C-608<br>Longboat Key, FL 34228 | Arthur L. Harreld<br>535 Sanctuary Drive Unit C-608<br>Longboat Key, FL 34228 | | | 60,000.00 |
| Sims Bray Jr<br>31 Wakefield Drive<br>Atlanta, GA 30309 | Sims Bray Jr<br>31 Wakefield Drive<br>Atlanta, GA 30309 | | | 60,000.00 |
| Christopher & Christine DiMisa<br>416 West Kensington Ave<br>Tampa, FL 33629 | Christopher & Christine DiMisa<br>416 West Kensington Ave<br>Tampa, FL 33629 | | | 50,000.00 |
| Terry Vernsey<br>625 Mansion Ave<br>Ogdensburg, NY 13669 | Terry Vernsey<br>625 Mansion Ave<br>Ogdensburg, NY 13669 | | | 45,000.00 |
| Julio Yambo<br>3735 Fairview Cove Lane #102<br>Tampa, FL 33619 | Julio Yambo<br>3735 Fairview Cove Lane #102<br>Tampa, FL 33619 | | | 35,000.00 |
| Edward & Stacy Amos<br>18680 County Route 162<br>Watertown, NY 13601 | Edward & Stacy Amos<br>18680 County Route 162<br>Watertown, NY 13601 | | | 34,000.00 |
| Nathan Summers<br>2010 Cornell Ave<br>Winter Park, FL 32789 | Nathan Summers<br>2010 Cornell Ave<br>Winter Park, FL 32789 | | | 31,818.26 |

B4 (Official Form 4) (12/07) - Cont.

In re   **AmMed Surgical Equipment, LLC**            Case No.   _____

                                            Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date     8/22/14                         Signature   _____

                                                                **Barry M. Snyder**
                                                                **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                           18 U.S.C. §§ 152 and 3571.