UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                     Case No. 8:14-bk-09801-KRM
                                                                                            Chapter 11
AMMED SURGICAL EQUIPMENT, LLC.

      Debtor.
_____/

**NOTICE OF APPOINTMENT OF UNSECURED
CREDITORS COMMITTEE BY UNITED STATES TRUSTEE**

Guy G. Gebhardt, Acting United States Trustee for Region 21, by and through his undersigned counsel, hereby states that the following creditors of the Debtor who hold unsecured claims are hereby APPOINTED to the Committee of the Unsecured Creditors:

1. David Travis                                                                          (813) 810-8728
   1845 Bayou Grande Blvd. NE
   St. Petersburg, FL 33703
   dtravis5@tampabay.rr.com

2. Doug Kolesar                                                                          (404) 915-1983
   15919 Manor Club Drive
   Alpharetta, GA 30004
   dkolesar@curriemedical.com
   **\*Chairperson**

3. Arthur L. Harreld                                                                     (270) 929-5533
   535 Sanctuary Drive unit C-608
   Longboat Key, FL 34228
   alherreld@yahoo.com

4.
   Terry Vernsey                                                                         (315) 323-0080
   625 Mansion Avenue
   Ogdensburg, NY 13669
   tvernsey@gmail.com

5.     John B. Savage    (305) 212-9485
       30 Elderkin St.
       Potsdam, NY 13676
       jbsavagemd@yahoo.com

Each member of the Committee separately indicated its willingness to serve on the committee and accepted appointment.

Respectfully submitted,

GUY G. GEBHARDT
United States Trustee-Region 21

By: /s/ Nicole Peair
NICOLE PEAIR
Trial Attorney (La. Bar. 33477)
Office of the U.S. Trustee, Region 21
501 East Polk Street, Suite 1200
Tampa, FL  33602
(813) 228-2000 / fax (813) 228-2303
nicole.w.peair@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice has been served electronically or by United States mail, postage prepaid, to the Committee members listed above and the following on September 22, 2014:

Electronic Mail: Scott Stichter, Debtor's Counsel, at sstichter.ecf@srbp.com.

/s/ Nicole Peair
Attorney